**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff,*
THOMAS SCHMIDT

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS SCHMIDT;**<br>Plaintiff,<br>v.<br>**SECURITY CREDIT SERVICES, LLC; HUNTINGTON DEBT HOLDING, LLC; AND ALLIANT CAPITAL MANAGEMENT,**<br>Defendants. | **Case No.:** 3:19-CV-00058-VC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

///

///

///

///

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement of the Entire Case to notify the Court that the lawsuit has been settled with respect to all Defendants and respectfully requests that the Court grant Plaintiff until May 10, 2019 to file the expected Notice of Voluntary Dismissal.

                                        Respectfully Submitted,

**THE CARDOZA LAW CORPORATION**

DATED: March 18, 2019    BY: /s/ Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff,
Thomas Schmidt

---

NOTICE OF SETTLEMENT          Page 2 of 2

**PROOF OF SERVICE**

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On March 18, 2019, I served the within document(s):

## NOTICE OF SETTLEMENT OF ENTIRE CASE

☐    E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☐    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego County, California addressed as set forth below.

☐    PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 5:00 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

<div align="center">

**Brett B. Goodman**
**Yu Mohandesi LLP**
**633 West Fifth Street, Suite 2800**
**Los Angeles, CA 90071**
**bgoodman@yumollp.com**
**Counsel for SCS, HDH, and ACM**

</div>

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 18, 2019, at San Diego County, California.

BY:    */S/ LAUREN B. VEGGIAN*
         LAUREN B. VEGGIAN, ESQ.
         ATTORNEY FOR PLAINTIFF